ACCEPTED
04-15-00307-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/24/2015 1:24:26 PM
KEITH HOTTLE
CLERK

NO. 04-15-00307-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/24/2015 1:24:26 PM
KEITH E. HOTTLE
Clerk

* * *

AUTOZONE, INC., AND AUTOZONERS, L.L.C.,
*Appellants*

V.

MARIO FLORES,
*Appellee*

* * *

## UNOPPOSED MOTION FOR EXTENSION OF TIME

NOW COMES Appellee, MARIO FLORES, by and through his attorneys, and hereby respectfully request that this Court issue an Order extending the deadline for Appellee's brief in this matter by twenty (20) days. The current deadline for Appellee's brief is July 27, 2015. Both parties are currently working towards drafting an agreeable motion that disposes of this appeal. This is Appellee's first Motion for Extention of Time. The parties have conferred and this motion is unopposed. A proposed order is attached for the Court's convenience.

WHEREFORE, Appellee MARIO FLORES respectfully moves this Court to issue an Order Extending the deadline for Appellee's brief by twenty (20) days.

Respectfully submitted,


THE CARLSON LAW FIRM, P.C.        THE CARLSON LAW FIRM, P.C.
Jaime M. Lynn                    Kiara Martinez
State Bar No. 24081762         State Bar No. 00796973
jlynn@carlsonattorneys.com     kmartinez@carlsonattorneys.com
11606 North Interstate Highway 35  400 West Jasper Road
Austin, Texas 78753           Killeen, Texas 76542
(512) 346-5688                (254) 526-5688
(512) 719-4362                (254) 526-8204


By:     /s/ Kiara Martinez
            Kiara Martinez

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rules of Appellate Procedure 9.4(i)(3), the undersigned certifies that this motion complies with the type-volume limitations; that, exclusive of the exempted portions, the brief contains 240 words and that the brief has been prepared proportionally-spaced typeface using Times New Roman in body text.

     /s/ Kiara Martinez
       Kiara Martinez

# CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Motion was on the 24th day of July 2015, served in accordance with the Texas Rules of Appellate Procedure on the following Counsel of record:

**Via Fax: (210) 805-9654**

BRETT REYNOLDS & ASSOCIATES, P.C.
Brett T. Reynolds
State Bar No. 16795500
btreynolds@btrlaw.com
1250 N.E. Loop 410, Suite 420
San Antonio, Texas 78209
(210) 805-9799
(210) 805-9654 (telecopier)


**Via Fax: (210) 477-7466**

THE LAW OFFICE OF JACQUELINE M. STROH, P.C.
Jacqueline M. Stroh
State Bar No. 00791747
jackie@strohappellate.com
10101 Reunion Place, Suite 600
San Antonio, Texas  78216
(210) 477-7416
(210) 477-7466 (telecopier)